1   JENNIFER T. SANCHEZ (191548)
    GIBSON ROBB & LINDH LLP
2   201 Mission Street, Suite 2700
    San Francisco, CA  94105
3   Telephone:     (415) 348-6000
    Facsimile:      (415) 348-6001
4   Email:          jsanchez@gibsonrobb.com

5   Attorneys for Plaintiff
    VAN-OIL PETROLEUM LTD
6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| VAN-OIL PETROLEUM LTD, | ) | Case No. 3:16-cv-3663 |
| | ) | |
| Plaintiff, | ) | **WARRANT FOR ARREST *IN REM*** |
| | ) | |
| v. | ) | |
| | ) | |
| MARATHA PROMISE (IMO # 9433809), its | ) | |
| engines, tackle and apparel, *in rem* | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**TO THE UNITED STATES MARSHAL**

**FOR THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

The complaint in the above-styled *in rem* proceeding was filed in this Court on June 29, 2016.

In accordance with FRCP Supplemental Rule C, you are directed both to arrest the defendant vessel, the MARATHA PROMISE (IMO # 9433809), her tackle, apparel, furniture, engines and appurtenances, should you find her within this district, and to detain her in your custody pending further order of the court.

If the character or situation of the property is such that the taking of actual possession is impracticable, you shall execute this process by affixing a copy of same to the property in a conspicuous place and by leaving a copy of the complaint and process with the person having possession or their agent.

WARRANT FOR ARREST *IN REM*
Case No.3:16-cv-3663 ; Our File No. 2602.33

1        You must also give notice of the arrest to all persons upon whom notice is required by

2   FRCP Supplemental Rule C(4), as designated below by the Plaintiff and the practices of your

3   office.

4

5                                    WITNESS THE HONORABLE
                                     Judge of said Court,
6                                    in said District, this __26th__ day of June, 2016.

7                                    _____

8                                    BY: _____
9                                    Deputy Clerk

10
    NOTE: This process is issued pursuant to Rule C of the Supplemental Rules for Certain
11  Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WARRANT FOR ARREST *IN REM*
Case No.3:16-cv-3663 ; Our File No. 2602.33                                          - 2 -